IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ANTONIO LEON MOSES,<br><br>      Petitioner,<br><br>    v.<br><br>RAY ODUM,<br><br>      Respondent. | CIVIL ACTION NO.: 5:23-cv-33 |

**O R D E R**

Respondent has moved to dismiss Petitioner's action for habeas corpus relief. Doc. 15. The Court **ORDERS** Petitioner to file a response to Respondent's Motion to Dismiss within 14 days of the date of this Order. If Petitioner does not file a response within 14 days, the Court will assume Petitioner does not object to dismissal of this action and will grant Respondent's Motion to Dismiss as unopposed.

**SO ORDERED**, this 25th day of July, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA