# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ANTONIO LEON MOSES, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:23-cv-33 |
| | * | |
| v. | * | |
| | * | |
| WARDEN RAY ODOM, | * | |
| | * | |
| Respondent. | * | |

### ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 18. Petitioner Antonio Moses ("Moses") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS as unopposed** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Moses' 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal, and **DENIES** Moses *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

**SO ORDERED**, this \_\_\_11\_\_\_ day of \_\_September_____, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA